CHARLES LEOPOLD, Respondent, *v.* CITY OF NEW YORK, Appellant.

Reported below, 184 App. Div. 244.

(Argued January 6, 1919; decided January 14, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 8, 1918, affirming in part and reversing in part a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the judgment appealed from was interlocutory inasmuch as it granted a new trial as to part of the judgment appealed from.

*John C. Wait* for motion.

*John R. Salmon* opposed.

Motion denied, with ten dollars costs, but without prejudice to right to move to dismiss appeal from so much of judgment as granted new trial as to item of $1,709.30, unless appellant within ten days files stipulation for judgment absolute in case said order of reversal is affirmed as to said item.